UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANICE M. LAWRENCE, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 03-12610-WGY
)
AVAYA INC., )
)
Defendant. )

## CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3, Avaya Inc. hereby states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

Respectfully submitted,

AVAYA INC.,

By its attorneys,

_____
Thomas E. Shirley (BBO # 542777)
David C. Kurtz (BBO # 641380)
Lisa M. Gaulin (BBO # 645655)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000

Dated: April 13, 2004

3539219v1

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON: 4/13/04