UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE M. LAWRENCE,<br><br>            Plaintiff,<br><br>v.<br><br>AVAYA INC.,<br><br>            Defendant. | CIVIL ACTION NO. 03-12610-WGY |

### DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) and the Court's Notice of Scheduling Conference, an authorized representative of the defendant, Avaya Inc., and undersigned counsel, hereby certify that they have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CHOATE, HALL & STEWART

_/s/ Thomas E. Shirley_

Thomas E. Shirley (BBO # 542777)
David C. Kurtz (BBO #641380)
Lisa M. Gaulin (BBO # 645655)
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

Dated: April 29, 2004

AVAYA INC.

_/s/ Terrence J. Nolan_

Terrence J. Nolan, Esq.
Corporate Counsel
Avaya Inc.
211 Mt. Airy Road
Basking Ridge, NJ 07920
(908) 953-7443

3692216v1