UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE M. LAWRENCE,<br><br>    Plaintiff,<br><br>  v.<br><br>AVAYA INC.,<br><br>    Defendant. | CIVIL ACTION NO. 03-12610-WGY |

**JOINT MOTION TO ENTER
STIPULATED PROTECTIVE ORDER GOVERNING THE DISCLOSURE AND USE
OF CONFIDENTIAL DOCUMENTS AND OTHER INFORMATION**

Pursuant to Fed. R. Civ. P. 26(c), all parties to this action respectfully request that the Court adopt and approve the Stipulated Protective Order Governing the Disclosure and Use of Confidential Documents and Other Information which is attached hereto as Exhibit 1 (the "Stipulated Protective Order"). In support of this motion, the parties state as follows:

1. The parties' Stipulated Protective Order concerns the treatment of and access to confidential and proprietary business information which may be produced during the course of this litigation. All parties have recognized that certain information and materials may be considered confidential.

2. The Court should enter a protective order in accordance with the Stipulated Protective Order so as to preserve the parties' agreement and to serve the interests of justice and judicial economy by avoiding unnecessary discovery disputes concerning confidential information.

3. All parties assent to this Motion.

3741375v1

Respectfully submitted,

| JANICE M. LAWRENCE | AVAYA INC. |
|---|---|
| By her attorney, | By its attorneys, |

*Daniel Rice /LMG*

Daniel W. Rice (BBO #559269)
GLYNN, LANDRY,
HARRINGTON & RICE
10 Forbes Road
Braintree, MA 02184
(781) 849-8479

*Lisa Gaulin*

Thomas E. Shirley (BBO # 542777)
David C. Kurtz (BBO # 641380)
Lisa M. Gaulin (BBO # 654655)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA  02109
(617) 248-5000

Dated: November 8, 2004

2

3741375v1