UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE M. LAWRENCE,<br><br>        Plaintiff,<br><br>    v.<br><br>AVAYA INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 03-12610-WGY<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR ORDER OF REFERENCE TO MEDIATION**

Pursuant to this District's Alternative Dispute Resolution Plan ("ADR"), and in the interest of judicial economy, Plaintiff Janice M. Lawrence ("Plaintiff") and Defendant Avaya Inc. ("Avaya") respectfully request that this matter be referred to mediation before Magistrate Judge Charles B. Swartwood, III.

WHEREFORE, the parties respectfully request that this Court enter an Order of Reference referring this case to mediation before Magistrate Judge Swartwood.

Respectfully submitted,

| JANICE M. LAWRENCE | AVAYA INC. |
|---|---|
| By her attorney, | By its attorneys, |

*Daniel Rice /DK (w/permission)*
_____
Daniel W. Rice (BBO # 559269)
GLYNN, LANDRY,
HARRINGTON & RICE
10 Forbes Road
Braintree, MA 02184
(781) 849-8479

_____
Thomas E. Shirley (BBO # 542777)
David C. Kurtz (BBO # 641380)
Lisa M. Gaulin (BBO # 654655)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

<u>Local Rule 7.1(A)(2) Certification</u>

I, David C. Kurtz, counsel for Defendant Avaya Inc., hereby certify that the parties conferred and jointly submit this motion.

_____
David C. Kurtz

Dated: December 7, 2004