UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANICE M. LAWRENCE
           Plaintiff(s)

CIVIL ACTION

V.

NO. 03-12610-WGY

AVAYA, INC.
           Defendant(s)

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE YOUNG

SWARTWOOD, M.J.

On __January 20, 2005__ I held the following ADR proceeding:

    ____ EARLY NEUTRAL EVALUATION    _X_ MEDIATION
    ____ MINI-TRIAL    _____ SUMMARY JURY TRIAL
    ____ SETTLEMENT CONFERENCE

All parties were represented by counsel

The parties were present in person or by authorized corporate officer [except _____].

The case was:

[ X ]    Settled. Your clerk should enter a _30_ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:
    _____
    _____

January 20, 2005        /s/Charles B. Swartwood, III
DATE        UNITED STATES MAGISTRATE JUDGE

(adrrpt. - 01/96)        [adrrpt.]