## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

                                                                                                                                  Civil Action No: <u>03-12610-WGY</u>

JANICE M. LAWRENCE
Plaintiff

v.

AVAYA, INC.
Defendant

### SETTLEMENT ORDER OF DISMISSAL

YOUNG, C.J.

       The Court having been advised on January 20, 2005, that the above-entitled action has been settled:

       IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                                   By the Court,

                                                                   /s/ Marie Bell
                                                                   Deputy Clerk

January 26, 2005

To: All Counsel