## EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANICE M. LAWRENCE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 03-12610-WGY |
| AVAYA INC., | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Janice M. Lawrence and defendant Avaya Inc. hereby stipulate that this action shall be dismissed with prejudice and without assessment of attorneys' fees, interest or costs against either party.

FOR PLAINTIFF:

_____
Daniel W. Rice (BBO # 559269)
Glynn, Landry, Harrington & Rice LLP
10 Forbes Road
Braintree, Massachusetts 0218

FOR DEFENDANT:

_____
Thomas E. Shirley (BBO#542777)
Lisa M. Gaulin (BBO #654655
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

Date: February 24, 2005

3794117v1